COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C 1983.

NAME  WEAVER       WILLIE
      (LAST)       (FIRST)   (INITIAL)

PRISONER NUMBER   J-91389

INSTITUTIONAL ADDRESS  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

SECOND WATCH WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS, INMATE IN A SECTION
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____  JW
(TO BE PROVIDED BY THE CLERK OF COURT)

(PR)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED...)

I. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD. THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.)

A. PLACE OF PRESENT CONFINEMENT  P.S.U
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION?  YES (X)  NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE?  YES (X)  NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

RECEIVED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

appeal at each level of review; if you did not pursue a certain level of appeal explain why.

1. Informal Appeal _____
2. First Formal Level _____
3. Second Formal Level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ( )   NO ( )

F. If you did not present your claim for review through the grievance procedure.

Explain why. _____

II. PARTIES

A. Write your name and your present address, do the same for additional plaintiffs, if any. __WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA 95531.__

B. Write the full name of each defendant his or her official position, and his or her place of employment.

__WARDEN, ASSIST WARDEN, SERGEANT, LIEUTENANT, CORRECTIONAL OFFICERS, INMATES SECOND WATCH ON 05/11/08. INMATES IN A-SECTION__

COMPLAINT - 2 -

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

ON 05/11/08 DEFENDANT(S) INMATE'S HERE IN A-SECTION, USED SLEEP DEPRIVATION, DEFENDANT(S) 5:30 IN THE MORNING 05/11/08 HARRASSED PLAINTIFF SECOND WATCH HERE ARE WITTNESSES THATS GOING THREW THE SAME PROBLEM, WILLOCK, CARLOS, LUTS, MONTELLO, JOHN RABE D-58062 DEFENDANT(S) SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS! CITE NO CASES OR STATUTES.

LIABILITY DAMAGES! 50,000 FIFTY THOUSAND DOLLARS DUE TO: CONSPIRACY, HARRASSMENT'S U.S. CONSTITUTION VIOLATION

PUNITIVE DAMAGES! 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT. SIGNED THIS __05__ DAY OF __11__ 20 08

COMPLAINT         - 3 -